UNITED STATES of America ex rel. George PANTELAS, Relator-Appellant, v. Edward J. SHAUGHNESSY, District Director of Immigration, etc., Respondent-Appellee.
No. 135, Docket 21545.

United States Court of Appeals
Second Circuit.

Argued Dec. 15, 1949.
Decided Dec. 15, 1949.

Arthur J. Katzman, New York City, for relator-appellant.

Irving H. Saypol, United States Attorney (William J. Sexton, Assistant United States Attorney, New York City, of counsel), for respondent-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.